## People of the State of Illinois ex rel. Lester F. Carson, Appellee, v. Nona Crowe, Appellant.

### Gen. No. 9,844.

opinion filed February 12, 1943. Henry E. Pratt, for appellant; George F. Barrett, Attorney General, and Lester F. Carson, State's Attorney, for appellee; Donald A. Morgan, of counsel. Opinion by JUSTICE DOVE. Not to be published in full.

## Union Cabinet Company, Appellee, v. Interstate Hotels Company, Appellant.

### Gen. No. 9,818.

opinion filed February 12, 1943; rehearing denied March 17, 1943. A. F. Beaubien, for appellant; Mark H. Beaubien, of counsel; Hall & Hulse, for appellee; Albert L. Hall, of counsel. Opinion by JUSTICE WOLFE. ''Not to be published in full.''